NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WIRELESS MEDIA INNOVATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**MAHER TERMINALS, LLC, GLOBAL TERMINAL & CONTAINER SERVICES, LLC,**
*Defendants-Appellees*

---

2015-1634, 2015-1635

---

Appeals from the United States District Court for the District of New Jersey in Nos. 2:14-cv-07004-JLL-JAD, 2:14-cv-07006-JLL-JAD, Judge Jose L. Linares.

---

**JUDGMENT**

---

DAVID P. SWENSON, Farney Daniels PC, Minneapolis, MN, argued for plaintiff-appellant. Also represented by STEVEN R. DANIELS, Georgetown, TX.

R. DAVID DONOGHUE, Holland & Knight, LLP, Chicago, IL, argued for defendants-appellees. Also represented by ANTHONY J. FUGA; CINDY NGOC-YEN PHAM, Denver, CO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (CHEN, CLEVENGER, and BRYSON, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


February 8, 2016
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court